```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      23cv2466 (DLC)
TYLER STREET,                            :
                                         :           ORDER
                            Plaintiff,   :
                                         :
              -v-                        :
                                         :
DAILY HARVEST, INC., et al.,             :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 27, 2023, this case was accepted as related to Albright v. Daily Harvest, Inc., 22cv5987 ("Albright"). Albright and the other related cases in this litigation are currently governed by the following schedule (the "Schedule"):

1. The next pretrial conference will be held telephonically on May 19, 2023 at 2:00 p.m. The parties shall be prepared to discuss a schedule for depositions and expert discovery. The parties shall use the following dial-in credentials for the telephone conference:

   Dial-in:        888-363-4749
   Access code:    4324948

   The parties shall use a landline if one is available.

2. The defendants shall, by May 26, 2023, complete their productions of documents to plaintiff Albright and to co-defendants.

3. All current and potential plaintiffs in this litigation represented by William Marler shall provide their medical release forms and plaintiff fact sheets to the defendants by June 1, 2023.

It is hereby

ORDERED that the above-captioned action shall be governed by the Schedule. If any different or additional scheduling is necessary in the above-captioned action, a party requesting such scheduling shall, by March 31, 2023, file a letter no longer than two (2) pages indicating their proposed schedule.

Dated: New York, New York
March 27, 2023

DENISE COTE
United States District Judge